NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 10-1185 consolidated with KA 10-1184

STATE OF LOUISIANA

VERSUS

MARGARET ANN HOWARD

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NOS. 78297, 78298
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Billy Howard Ezell, J. David Painter, and James T. Genovese, Judges.

AFFIRMED.

Asa Allen Skinner
District Attorney, Thirteeth Judicial District Court
P. O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
Counsel for Appellee:
State of Louisiana

**Edward Kelly Bauman**
**La Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant/Appellant:**
**Margaret Ann Howard**

**Terry Wayne Lambright**
**118 South Third Street, Suite A**
**Leesville, LA 71446**
**(337) 239-6557**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**EZELL, JUDGE**.

For the reasons expressed in the consolidated case of *State of Louisiana versus Margaret Ann Howard,* 10-1184, (La. App. 3 Cir. ___/___/___), ___So.3d ___, the judgment of the trial court is affirmed.

**AFFIRMED**.